AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> HULL, FRANK M. | **2. Court or Organization** <br><br> U.S.CT OF APPEALS-11TH CIRCUIT | **3. Date of Report** <br><br> 05/13/2011 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S.CT OF APPEALS JUDGE-ACTIVE | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination,   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2010 <br> to <br> 12/31/2010 |
| **7. Chambers or Office Address** <br><br> U.S. Court of Appeals <br> 56 Forsyth Street, NW <br> Atlanta, GA 30303 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Hull, Frank M.**

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | ▨▨▨▨ salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Undev. Real Estate: Henry Cty, GA | | None | M | W | | | | | |
| 2. | Real Estate: Atlanta, GA (Parcel 3: WW) | | None | L | W | | | | | |
| 3. | Real Estate: Atlanta, GA (Parcel 2: WW) | | None | L | W | | | | | |
| 4. | Real Estate: Atlanta, GA (Parcel 1: WW) | | None | P1 | W | | | | | |
| 5. | Real Estate: Augusta, GA Property (18% interest) | | None | L | W | | | | | |
| 6. | MERRILL LYNCH-IRA ACCT (with following stocks): | | | | | | | | | |
| 7. | -Abb Ltd | A | Int./Div. | J | T | | | | | |
| 8. | -Affiliated Managers Grp | | None | J | T | | | | | |
| 9. | -Allergan | A | Int./Div. | J | T | | | | | |
| 10. | -Altera Corp | B | Int./Div. | | | Sold | 02/25/10 | J | B | |
| 11. | -America Movil SAAB | A | Int./Div. | J | T | Buy | 10/25/10 | J | | . |
| 12. | -Arch Capital Grp | A | Int./Div. | | | Sold | 02/25/10 | J | A | |
| 13. | -Avon Prod Inc | A | Int./Div. | J | T | | | | | |
| 14. | -BJ Services Co | | None | | | Sold | 02/25/10 | J | | |
| 15. | -Borg Warner | | None | J | T | Buy | 10/25/10 | J | | |
| 16. | -Celgene Corp | | None | J | T | Buy | 06/03/10 | J | | |
| 17. | -Chesapeake Energy Okla | A | Int./Div. | | | Sold | 10/20/10 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -China Pete Chem | A | Int./Div. | J | T | Buy | 03/02/10 | J | | |
| 19. -Corning Inc | A | Int./Div. | J | T | Buy | 10/25/10 | J | | |
| 20. -Costco Wholesale Crp | A | Int./Div. | J | T | Buy | 03/02/10 | J | | |
| 21. -Covidien Plc | A | Int./Div. | J | T | | | | | |
| 22. -CVS Caremark Corp | | None | | | Sold | 02/25/10 | J | | |
| 23. -Danaher Corp | A | Int./Div. | J | T | | | | | |
| 24. -Devon Energy Corp | A | Int./Div. | J | T | | | | | |
| 25. -Digital Rlty Tr Inc | A | Int./Div. | J | T | | | | | |
| 26. -Discovery Communications | A | Int./Div. | J | T | | | | | |
| 27. -First Solar Inc | | None | J | T | Buy | 10/25/10 | J | | |
| 28. -Gilead Sciences Inc | | None | | | Sold | 06/03/10 | J | | |
| 29. -Google Inc | | None | J | T | | | | | |
| 30. -Hewlett Packard Co | A | Int./Div. | J | T | | | | | |
| 31. -Honeywell Intl | A | Int./Div. | J | T | | | | | |
| 32. -Jacobs Engn Grp | | None | J | T | Buy | 03/02/10 | J | | |
| 33. -McAfee Inc | A | Int./Div. | | | Sold | 10/20/10 | J | A | |
| 34. -McKesson Corporation | A | Int./Div. | | | Sold | 02/25/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Monsanto Co | A | Int./Div. | J | T | | | | | |
| 36. -National Oilwell Varco | A | Int./Div. | J | T | Buy | 10/25/10 | J | | |
| 37. -NBTY Inc | | None | | | Sold | 06/03/10 | J | | |
| 38. -Oracle Corp | A | Int./Div. | J | T | | | | | |
| 39. -Patterson Cos | | | | | Buy | 03/02/10 | J | | |
| 40. | A | Int./Div. | J | T | Buy (add'l) | 06/03/10 | J | | |
| 41. -Petroleo Bras SA | A | Int./Div. | J | T | Buy | 03/02/10 | J | | |
| 42. -PetSmart Inc | A | Int./Div. | J | T | | | | | |
| 43. -Quest Diagnostics Inc | | None | | | Sold | 10/20/10 | J | | |
| 44. -Salesforce Com | | None | J | T | | | | | |
| 45. -Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 46. -Southwestern Energy Co | | None | J | T | Buy | 10/25/10 | J | | |
| 47. -URS Corp | | None | | | Sold | 02/25/10 | J | | |
| 48. -Tyco Electronics Ltd | A | Int./Div. | J | T | Buy | 03/02/10 | J | | |
| 49. -Walgreen Co | A | Int./Div. | J | T | Buy | 03/02/10 | J | | |
| 50. MERRILL LYNCH-ACCT #2 (with following stocks): | | | | | | | | | |
| 51. -ABB Ltd | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Allergan | | None | K | T | | | | | |
| 53.  -Altera Corp | D | Int./Div. | | | Sold | 02/25/10 | K | D | |
| 54.  -America Movil SAB | | None | K | T | Buy (add'l) | 10/25/10 | J | | |
| 55.  -Arch Capital Grp | A | Int./Div. | | | Sold | 02/25/10 | K | A | |
| 56.  -Avon Prod Inc | | None | J | T | | | | | |
| 57.  -Borg Warner Inc | | None | J | T | Buy | 10/25/10 | J | | |
| 58.  -Celgene Corp | | None | K | T | Buy | 06/03/10 | K | | |
| 59.  -CVS Caremark Rx Inc | D | Int./Div. | | | Sold | 02/25/10 | L | D | |
| 60.  -Chesapeake Energy Okla | A | Int./Div. | | | Sold | 10/25/10 | J | A | |
| 61.  -Coca-Cola Co | | None | J | T | | | | | |
| 62.  -Corning Inc | | None | J | T | Buy | 10/25/10 | J | | |
| 63.  -Costco Wholesale Crp | | None | K | T | Buy | 03/02/10 | K | | |
| 64.  -Covidien Plc | | None | K | T | | | | | |
| 65.  -Danaher Corp | | None | L | T | | | | | |
| 66.  -Devon Energy Corp New | | None | K | T | | | | | |
| 67.  -Digital Rlty Tr Inc | | None | L | T | | | | | |
| 68.  -Discovery Communicatn | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Federal Farm Credit Bank | | None | K | T | | | | | |
| 70.  -Federal Home Loan Bank | | None | L | T | | | | | |
| 71.  -Federal Home Ln Mtg Corp | | None | L | T | | | | | |
| 72.  First Solar | | None | J | T | Buy | 10/25/10 | J | | |
| 73.  -Gilead Sciences Inc | | None | | | Sold | 06/03/10 | K | | |
| 74.  -Google Inc | | None | K | T | | | | | |
| 75.  -Honeywell Intl | | None | K | T | | | | | |
| 76.  -Jacobs Engn Grp | | None | K | T | Buy | 03/02/10 | K | | |
| 77.  -McAfee Inc | C | Int./Div. | | | Sold | 10/25/10 | K | C | |
| 78.  -McKesson Corp | C | Int./Div. | | | Sold | 02/25/10 | K | C | |
| 79.  -Monsanto Co | | None | J | T | | | | | |
| 80.  -National Oilwell Varco | | None | J | T | Buy | 10/25/10 | J | | |
| 81.  -NBTY Inc | | None | | | Sold | 06/03/10 | J | | |
| 82.  -Oracle Corp | | None | K | T | | | | | |
| 83.  -Patterson Cos | | | | | Buy | 03/02/10 | K | | |
| 84. | | None | K | T | Buy (add'l) | 06/03/10 | J | | |
| 85.  -PetSmart Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Quest Diagnostics | | None | | | Sold | 10/25/10 | K | | |
| 87. -Salesforce Com | | None | L | T | | | | | |
| 88. -Schlumberger Ltd | | None | K | T | | | | | |
| 89. Southwestern Energy Okla | | None | J | T | Buy | 10/25/10 | J | | |
| 90. -Tennessee Valley Auth | | None | L | T | | | | | |
| 91. -Tiffany & Co. | | None | L | T | | | | | |
| 92. -Tyco Electronics | | None | K | T | Buy | 03/02/10 | K | | |
| 93. -US Trsy Inflation Nte | | None | M | T | | | | | |
| 94. -URS Corp | | None | | | Sold | 02/25/10 | K | | |
| 95. -Walgreen Co | | None | K | T | Buy | 03/02/10 | K | | |
| 96. % Stock Owner: Arch. firm, ▓▓▓▓ | | None | L | T | | | | | |
| 97. Note from ▓▓▓▓ | D | Interest | N | T | | | | | |
| 98. BJLAS, LLC (16% interest) | C | Interest | | | Closed | 02/11/10 | | | closed with negative value |
| 99. 401(k) RETIREMENT PLAN/TRUST: ▓▓ consisting of following: | | | | | | | | | |
| 100. -Self-Direct acct (part of 401k above, with following:) | | | | | | | | | |
| 101. -GOVT SECURITIES: | | | | | | | | | |
| 102. -Federal Natl Mtg Assn | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Federal Home Ln Mtg Corp | B | Int./Div. | K | T | Redeemed (part) | 02/24/10 | K | A | |
| 104. -Federal Farm Credit Bank | B | Int./Div. | K | T | | | | | |
| 105. -Federal Home Loan Bank | B | Int./Div. | K | T | | | | | |
| 106. -Key Bank | | None | | | Redeemed | 10/08/10 | L | | |
| 107. -CORP BONDS: | | | | | | | | | |
| 108. -Wells Fargo Bank NA | B | Int./Div. | K | T | | | | | |
| 109. -Bank of America Corp | | None | | | Closed | 05/28/10 | K | | Transferred; see 204 |
| 110. -Caterpillar Inc | B | Int./Div. | K | T | Buy | 10/27/10 | K | | |
| 111. -GeneralElectric Cap Crp | B | Int./Div. | K | T | Buy | 10/25/10 | K | | |
| 112. -General Electric Co | B | Int./Div. | K | T | Buy | 10/25/10 | K | | |
| 113. -JP Morgan Chase & Co | B | Int./Div. | K | T | Buy | 10/25/10 | K | | |
| 114. -STOCKS: | | | | | | | | | |
| 115. -Ace Limited | A | Int./Div. | J | T | Buy | 03/09/10 | J | | |
| 116. -AFLAC | A | Int./Div. | K | T | Buy | 03/02/10 | K | | |
| 117. -Air Products & Chem | C | Int./Div. | | | Sold | 06/03/10 | J | C | |
| 118. -America Movil SAB | A | Int./Div. | J | T | Buy | 06/03/10 | J | | |
| 119. -American Wtr Wks Co | B | Int./Div. | K | T | Buy | 03/02/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. -Apache Corp | A | Int./Div. | J | T | Buy | 10/27/10 | J | | |
| 121. -Archer Daniels Midld | A | Int./Div. | K | T | Buy | 10/27/10 | K | | |
| 122. -Baker Hughes | A | Int./Div. | J | T | | | | | |
| 123. -BP | | None | J | T | | | | | |
| 124. -Baxter International | A | Int./Div. | K | T | | | | | |
| 125. -Cardinal Health | A | Int./Div. | J | T | | | | | |
| 126. -Caterpillar Inc | A | Int./Div. | J | T | Buy | 10/27/10 | J | | |
| 127. -Costco Wholesale Crp | A | Int./Div. | J | T | Buy | 10/27/10 | J | | |
| 128. -Covidien Plc | A | Int./Div. | K | T | Buy<br>(add'l) | 03/02/10 | J | | |
| 129. -Digital Realty Tr | A | Int./Div. | J | T | Buy | 03/09/10 | J | | |
| 130. -Emerson Elec | A | Int./Div. | K | T | | | | | |
| 131. -Enbridge Inc | B | Int./Div. | K | T | | | | | |
| 132. -FPL Group Inc | D | Int./Div. | | | Sold | 03/02/10 | K | D | |
| 133. -General Mills | D | Int./Div. | | | Sold | 10/22/10 | K | D | |
| 134. -Genuine Parts Co | A | Int./Div. | J | T | Buy | 10/27/10 | J | | |
| 135. -Hewlett Packard Co | A | Int./Div. | K | T | | | | | |
| 136. -Honeywell Intl | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HULL, FRANK M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -IBM | A | Int./Div. | K | T | | | | | |
| 138. -Johnson and Johnson | A | Int./Div. | K | T | | | | | |
| 139. -Kellogg Co | A | Int./Div. | K | T | | | | | |
| 140. -McDonalds Corp | A | Int./Div. | K | T | | | | | |
| 141. -McKesson Corp | D | Int./Div. | | | Sold | 03/02/10 | K | D | |
| 142. -Microsoft Corp | A | Int./Div. | K | T | | | | | |
| 143. -Novartis | A | Int./Div. | K | T | Buy | 03/02/10 | K | | |
| 144. -PepsiCo Inc | A | Int./Div. | K | T | | | | | |
| 145. -PPL Corporation | | None | | | Sold | 03/02/10 | J | | |
| 146. -Praxair Inc | A | Int./Div. | J | T | Buy | 06/03/10 | J | | |
| 147. -Price T Rowe Group | A | Int./Div. | K | T | Buy | 10/27/10 | K | | |
| 148. -Proctor Gamble | A | Int./Div. | K | T | | | | | |
| 149. -SAP AG | A | Int./Div. | K | T | Buy | 10/27/10 | K | | |
| 150. -Schlumberger Ltd | A | Int./Div. | K | T | | | | | |
| 151. -Staples Inc | B | Int./Div. | | | Sold | 10/22/10 | J | B | |
| 152. -Telefonica SA Spain | | None | | | Sold | 06/03/10 | J | | |
| 153. Texas Instruments | B | Int./Div. | | | Sold | 10/22/10 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Torchmark Corp | | None | | | Sold | 03/02/10 | K | | |
| 155. -United Techs Corp | A | Int./Div. | K | T | | | | | |
| 156. -Waddell & Reed | C | Int./Div. | | | Sold | 10/22/10 | K | C | |
| 157. -Walgreen Co | A | Int./Div. | J | T | Buy | 10/27/10 | J | | |
| 158. -Waste Management Inc | | None | | | Sold | 03/02/10 | K | | |
| 159. -Wisconsin Energy Corp | A | Int./Div. | K | T | Buy | 03/02/10 | K | | |
| 160. MERRILL LYNCH-IRA ACCT (with following stocks) | | | | | | | | | |
| 161. -ABB Ltd | A | Int./Div. | J | T | | | | | |
| 162. -Allergan Inc | A | Int./Div. | J | T | | | | | |
| 163. -Altera Corp | A | Int./Div. | | | Sold | 03/02/10 | J | A | |
| 164. -America Movil SAB | A | Int./Div. | J | T | Buy | 10/25/10 | J | | |
| 165. -Arch Capital Grp | A | Int./Div. | | | Sold | 03/02/10 | J | A | |
| 166. -Avon Prod Inc | A | Int./Div. | J | T | | | | | |
| 167. -Borg Warner Inc | | None | J | T | Buy | 10/25/10 | J | | |
| 168. -Caterpillar Inc | B | Int./Div. | K | T | Buy | 10/27/10 | J | | |
| 169. -Celgene Corp | | None | J | T | Buy | 06/03/10 | J | | |
| 170. -CVS Caremark Corp | | None | | | Sold | 03/02/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Chesapeake Energy Okla | A | Int./Div. | | | Sold | 10/25/10 | J | A | |
| 172. -Corning Inc | A | Int./Div. | J | T | Buy | 10/25/10 | J | | |
| 173. -Costco Wholesale | A | Int./Div. | J | T | Buy | 03/02/10 | J | | |
| 174. -Covidien Plc | A | Int./Div. | J | T | | | | | |
| 175. -Danaher Corp | A | Int./Div. | J | T | | | | | |
| 176. -Devon Energy | A | Int./Div. | | | Sold | 03/02/10 | J | A | |
| 177. -Digital Rlty | A | Int./Div. | J | T | | | | | |
| 178. -Discovery Communicatn | | None | J | T | | | | | |
| 179. -First Solar Inc | | None | J | T | Buy | 10/25/10 | J | | |
| 180. -Gilead Sciences Inc | | None | | | Sold | 05/28/10 | J | | |
| 181. -Google Inc | | None | J | T | | | | | |
| 182. -Halliburton Co | A | Int./Div. | J | T | Buy | 03/02/10 | J | | |
| 183. -Hewlett Packard Co | A | Int./Div. | J | T | | | | | |
| 184. -Honeywell Intl Inc | A | Int./Div. | J | T | | | | | |
| 185. -Jacobs Engn Grp | | None | J | T | Buy | 03/29/10 | J | | |
| 186. -McAfee Inc | A | Int./Div. | | | Sold | 10/25/10 | J | A | |
| 187. -McKesson Corp | A | Int./Div. | | | Sold | 03/02/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -Monsanto Co | A | Int./Div. | J | T | Buy | 03/02/10 | J | | |
| 189. -NBTY Inc | | None | | | Sold | 05/28/10 | J | | |
| 190. -National-Oilwell Varco | A | Int./Div. | J | T | Buy | 10/25/10 | J | | |
| 191. -Oracle Corp | A | Int./Div. | J | T | | | | | |
| 192. -Patterson Cos | | | | | Buy | 03/02/10 | J | | |
| 193. | A | Int./Div. | J | T | Buy (add'l) | 06/03/10 | J | | |
| 194. -Petsmart | A | Int./Div. | J | T | | | | | |
| 195. -Quest Diagnostics Inc | | None | | | Sold | 10/25/10 | J | | |
| 196. -Salesforce com | | None | J | T | | | | | |
| 197. -Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 198. -Southwestern Energy Co | | None | J | T | Buy | 10/25/10 | J | | |
| 199. -Thermo Fisher Scientific | A | Int./Div. | | | Sold | 03/02/10 | J | A | |
| 200. -Tyco Electronics | A | Int./Div. | J | T | Buy | 03/02/10 | J | | |
| 201. -URS Corp | | None | | | Sold | 03/29/10 | J | | |
| 202. -Walgreen Co | A | Int./Div. | J | T | Buy | 03/02/10 | J | | |
| 203. MERRILL LYNCH BOA ACCT | | | | | | | | | |
| 204. -Bank of America Corp | A | Interest | K | T | Open | 05/28/10 | K | | Transferred from 109 above |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Real Estate: Ltd Partner, Peachtree So Ltd, Atlanta, GA | A | Rent | J | W | | | | | |
| 206. Real Estate: Ltd Partner, [ ] Whitehall, Atlanta, GA | A | Rent | J | W | | | | | |
| 207. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | L | W | | | | | |
| 208. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | L | W | | | | | |
| 209. Real Estate: Atlanta, GA ( (#1) (Parcel 4: WW) | | None | L | W | | | | | |
| 210. Real Estate: Atlanta, GA (#1) (Parcel 3: WW) | | None | L | W | | | | | |
| 211. Real Estate: Atlanta GA (#1) (Parcel 2: WW) | | None | L | W | | | | | |
| 212. Undev. Real Estate: NC (#1 & #2) | | None | P1 | W | | | | | |
| 213. Real Estate: Atlanta, GA (#2) (Parcel 4: WW) | | None | L | W | | | | | |
| 214. Real Estate: Atlanta, GA (#2) (Parcel 3: WW) | | None | L | W | | | | | |
| 215. Real Estate: Atlanta, GA (#2) (Parcel 2: WW) | | None | L | W | | | | | |
| 216. Real Estate: Atlanta, GA (#1) (1/3 KP) | | None | M | W | | | | | |
| 217. Real Estate: Atlanta, GA (1/3 KP) | | None | M | W | | | | | |
| 218. Real Estate: Atlanta, GA (1/3 KP) | | None | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ FRANK M. HULL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544